IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO (EASTERN DIVISION – Akron)

| | |
|---|---|
| *In re:* | CASE NO.: |
| **JEFFREY L. SMITH,** | JUDGE: ALAN M. KOSCHIK |
| Debtor. | AFFIDAVIT OF INCOME |

**JEFFREY L. SMITH**, being first duly sworn, does depose and state the following:

1. I am a single individual, the debtor in the above-captioned case;
2. I am employed as a temporary worker at Minute Men of Ohio.
3. I also receive social security in the amount of $1552 per month
4. I have no other sources of income.

FURTHER AFFIANT SAYETH NAUGHT.

_____
JEFFREY L. SMITH

| | |
|---|---|
| THE STATE OF OHIO | ) |
| | ) ss |
| THE COUNTY OF SUMMIT | ) |

Before me, a notary public in and for said County and State, personally appeared the above-named **JEFFREY L. SMITH** who acknowledged that he did sign the foregoing instrument and the same is his free act and deed.

**SWORN TO** before me and subscribed in my presence this 30th day of April, 2019.

_____
NOTARY PUBLIC
*My commission has no expiration.*

REBECCA J. SREMACK
ATTORNEY AT LAW
NOTARY PUBLIC
STATE OF OHIO
My Comm. Has No
Expiration Date
Section 147.03 R. C.

Minute Men of Ohio  
**JEFFERY SMITH**  
**THANK YOU!!**

| | Hours | Amount | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | XXX-XX-9941 | EMPL-272300 | 103 / 1 | | W/E Dt: 2/10/2019 | | 5906432 |
| | | | | | | | | | -----YTD----- |
| Regular Pay | 30.00 | 300.00 | Fed'l W/H | 23.50 | | | Gross | | 300.00 |
| | | | Soc Sec | 18.60 | | | Fed W/H | | 23.50 |
| | | | Medicare | 4.35 | | | Soc Sec | | 18.60 |
| | | | OH St W/H | 3.65 | | | Medicare | | 4.35 |
| | | | 48790 - LWH | 3.75 | | | OH St W/H | | 3.65 |
| | | | | | | | 48790 - LWH | | 3.75 |
| | | | | | | | Nontaxable | | 0.00 |
| | | | | | | | Taxable | | 300.00 |
| 02/04/19 | 02/10/19 | | A.I. ROOT CANDLES | | 30.00 | 10.00 | 300.00 | | |
| | | | | | | | YTD Hours: | | 30.00 |
| Gross Pay: | | 300.00 | Deductions: | | 53.85 | | Net Pay: | | 246.15 |

Minute Men of Ohio
JEFFERY SMITH          XXX-XX-9941    EMPL-272300    103 / 1        W/E Dt: 2/17/2019        5909286
**THANK YOU!!**
-----YTD-----

|              | Hours | Amount | Deduction   | Amount |        |        |             | YTD    |
|--------------|-------|--------|-------------|--------|--------|--------|-------------|--------|
|              |       |        | Fed'l W/H   | 35.50  |        |        | Gross       | 700.00 |
| Regular Pay  | 40.00 | 400.00 | Soc Sec     | 24.80  |        |        | Fed W/H     | 59.00  |
|              |       |        | Medicare    | 5.80   |        |        | Soc Sec     | 43.40  |
|              |       |        | OH St W/H   | 6.23   |        |        | Medicare    | 10.15  |
|              |       |        | 48790 - LWH | 5.00   |        |        | OH St W/H   | 9.88   |
|              |       |        |             |        |        |        | 48790 - LWH | 8.75   |
|              |       |        |             |        |        |        | Nontaxable  | 0.00   |
|              |       |        |             |        |        |        | Taxable     | 700.00 |

| 02/11/19 | 02/17/19 | A.I. ROOT CANDLES | 40.00 | 10.00 | 400.00 |

Gross Pay:      400.00          Deductions:       77.33          YTD Hours:   70.00
                                                                  Net Pay:    322.67

Minute Men of Ohio  
JEFFERY SMITH  XXX-XX-9941  EMPL-272300  103 / 1  W/E Dt: 2/24/2019  5912396  
**THANK YOU!!**

| | Hours | Amount | | | | | | | -----YTD----- |
|---|---|---|---|---|---|---|---|---|---|
| | | | Fed'l W/H | 26.80 | | | Gross | | 1,027.50 |
| Regular Pay | 32.75 | 327.50 | Soc Sec | 20.30 | | | Fed W/H | | 85.80 |
| | | | Medicare | 4.75 | | | Soc Sec | | 63.70 |
| | | | OH St W/H | 4.34 | | | Medicare | | 14.90 |
| | | | 48790 - LWH | 4.09 | | | OH St W/H | | 14.22 |
| | | | | | | | 48790 - LWH | | 12.84 |
| | | | | | | | Nontaxable | | 0.00 |
| 02/18/19 | 02/24/19 | A.I. ROOT CANDLES | | 32.75 | 10.00 | 327.50 | Taxable | | 1,027.50 |

| | | | | | YTD Hours: | 102.75 |
|---|---|---|---|---|---|---|
| Gross Pay: | 327.50 | Deductions: | 60.28 | | Net Pay: | 267.22 |

Minute Men of Ohio
JEFFERY SMITH     XXX-XX-9941     EMPL-272300     103 / 1     W/E Dt: 3/3/2019     5915106
**THANK YOU!!**

-----YTD-----

| | Hours | Amount | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Regular Pay | 40.00 | 400.00 | Fed'l W/H | 35.50 | | | Gross | 1,427.50 |
| | | | Soc Sec | 24.80 | | | Fed W/H | 121.30 |
| | | | Medicare | 5.80 | | | Soc Sec | 88.50 |
| | | | OH St W/H | 6.23 | | | Medicare | 20.70 |
| | | | 48790 - LWH | 5.00 | | | OH St W/H | 20.45 |
| | | | | | | | 48790 - LWH | 17.84 |
| | | | | | | | Nontaxable | 0.00 |
| | | | | | | | Taxable | 1,427.50 |

02/25/19     03/03/19     A.I. ROOT CANDLES     40.00     10.00     400.00

YTD Hours: 142.75
Gross Pay:     400.00     Deductions:     77.33     Net Pay:     322.67

Minute Men of Ohio
JEFFERY SMITH    XXX-XX-9941    EMPL-272300    103 / 1    W/E Dt: 3/10/2019    5917582
**THANK YOU!!**

| | Hours | Amount | | | | | | -----YTD----- |
|---|---|---|---|---|---|---|---|---|
| Regular Pay | 40.00 | 400.00 | Fed'l W/H | 35.50 | | | Gross | 1,827.50 |
| | | | Soc Sec | 24.80 | | | Fed W/H | 156.80 |
| | | | Medicare | 5.80 | | | Soc Sec | 113.30 |
| | | | OH St W/H | 6.23 | | | Medicare | 26.50 |
| | | | 48790 - LWH | 5.00 | | | OH St W/H | 26.68 |
| | | | | | | | 48790 - LWH | 22.84 |
| | | | | | | | Nontaxable | 0.00 |
| 03/04/19 | 03/10/19 | A.I. ROOT CANDLES | | 40.00 | 10.00 | 400.00 | Taxable | 1,827.50 |

| | | | | | YTD Hours: | 182.75 |
|---|---|---|---|---|---|---|
| Gross Pay | 400.00 | Deductions: | 77.33 | | Net Pay: | 322.67 |

Minute Men of Ohio
JEFFERY SMITH       XXX-XX-9941    EMPL-272300      103 / 1       W/E Dt: 3/17/2019        5920293
**THANK YOU!!**                                                                        -----YTD-----

|              | Hours | Amount |            |       |       |        |             | YTD      |
|--------------|-------|--------|------------|-------|-------|--------|-------------|----------|
|              |       |        | Fed'l W/H  | 35.50 |       |        | Gross       | 2,227.50 |
| Regular Pay  | 40.00 | 400.00 | Soc Sec    | 24.80 |       |        | Fed W/H     | 192.30   |
|              |       |        | Medicare   | 5.80  |       |        | Soc Sec     | 138.10   |
|              |       |        | OH St W/H  | 6.23  |       |        | Medicare    | 32.30    |
|              |       |        | 48790 - LWH| 5.00  |       |        | OH St W/H   | 32.91    |
|              |       |        |            |       |       |        | 48790 - LWH | 27.84    |
|              |       |        |            |       |       |        | Nontaxable  | 0.00     |
| 03/11/19     | 03/17/19 | A.I. ROOT CANDLES | 40.00 | 10.00 | 400.00 | Taxable | 2,227.50 |

|            |        |             |       |            |        |
|------------|--------|-------------|-------|------------|--------|
|            |        |             |       | YTD Hours: | 222.75 |
| Gross Pay: | 400.00 | Deductions: | 77.33 | Net Pay:   | 322.67 |

Minute Men of Ohio
JEFFERY SMITH   XXX-XX-9941   EMPL-272300   103 / 1   W/E Dt: 3/24/2019   5923741
**THANK YOU!!**

-----YTD-----

|  | Hours | Amount |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
|  |  |  | Fed'l W/H | 35.50 |  |  | Gross | 2,627.50 |
| Regular Pay | 40.00 | 400.00 | Soc Sec | 24.80 |  |  | Fed W/H | 227.80 |
|  |  |  | Medicare | 5.80 |  |  | Soc Sec | 162.90 |
|  |  |  | OH St W/H | 6.23 |  |  | Medicare | 38.10 |
|  |  |  | 48790 - LWH | 5.00 |  |  | OH St W/H | 39.14 |
|  |  |  |  |  |  |  | 48790 - LWH | 32.84 |
|  |  |  |  |  |  |  | Nontaxable | 0.00 |
|  |  |  |  |  |  |  | Taxable | 2,627.50 |
| 03/18/19 | 03/24/19 |  | A.I. ROOT CANDLES | 40.00 | 10.00 | 400.00 |  |  |

|  |  |  |  |  |  | YTD Hours: | 262.75 |
|---|---|---|---|---|---|---|---|
| Gross Pay: | 400.00 | Deductions: | 77.33 |  |  | Net Pay: | 322.67 |

Minute Men of Ohio  
**JEFFERY SMITH**  
**THANK YOU!!**

XXX-XX-9941    EMPL-272300    103 / 1    W/E Dt: 3/31/2019    5926075

-----YTD-----

|  | Hours | Amount |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
| Regular Pay | 40.00 | 400.00 | Fed'l W/H | 35.50 | | Gross | 3,027 |
| | | | Soc Sec | 24.80 | | Fed W/H | 263 |
| | | | Medicare | 5.80 | | Soc Sec | 187 |
| | | | OH St W/H | 6.23 | | Medicare | 43 |
| | | | 48790 - LWH | 5.00 | | OH St W/H | 45 |
| | | | | | | 48790 - LWH | 37 |
| | | | | | | Nontaxable | 0 |
| 03/25/19 | 03/31/19 | A.I. ROOT CANDLES | 40.00 | 10.00 | 400.00 | Taxable | 3,027 |

Gross Pay: 400.00    Deductions: 77.33    YTD Hours: 302  
Net Pay: 322

Minute Men of Ohio  
JEFFERY SMITH  
**THANK YOU!!**

| | Hours | Amount | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | XXX-XX-9941 | EMPL-272300 | 103 / 1 | | W/E Dt: 4/7/2019 | | 5929695 |
| | | | Fed'l W/H | 35.50 | | | | | -----YTD----- |
| Regular Pay | 40.00 | 400.00 | Soc Sec | 24.80 | | | Gross | | 3,427. |
| | | | Medicare | 5.80 | | | Fed W/H | | 298. |
| | | | OH St W/H | 6.23 | | | Soc Sec | | 212. |
| | | | 48790 - LWH | 5.00 | | | Medicare | | 49. |
| | | | | | | | OH St W/H | | 51. |
| | | | | | | | 48790 - LWH | | 42. |
| | | | | | | | Nontaxable | | 0. |
| 04/01/19 | 04/07/19 | A.I. ROOT CANDLES | | 40.00 | 10.00 | 400.00 | Taxable | | 3,427. |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | YTD Hours: | 342. |
| Gross Pay: | 400.00 | Deductions: | 77.33 | | Net Pay: | 322. |

Minute Men of Ohio
JEFFERY SMITH  XXX-XX-9941  EMPL-272300  103 / 1  W/E Dt: 4/14/2019  5932204
**THANK YOU!!**

| | Hours | Amount | | | | | | -----YTD----- |
|---|---|---|---|---|---|---|---|---|
| | | | Fed'l W/H | 35.50 | | | Gross | 3,827.50 |
| Regular Pay | 40.00 | 400.00 | Soc Sec | 24.80 | | | Fed W/H | 334.30 |
| | | | Medicare | 5.80 | | | Soc Sec | 237.30 |
| | | | OH St W/H | 6.23 | | | Medicare | 55.50 |
| | | | 48790 - LWH | 5.00 | | | OH St W/H | 57.83 |
| | | | | | | | 48790 - LWH | 47.84 |
| | | | | | | | Nontaxable | 0.00 |
| 04/08/19 | 04/14/19 | A.I. ROOT CANDLES | | 40.00 | 10.00 | 400.00 | Taxable | 3,827.50 |

| | | | | | | | YTD Hours: | 382.75 |
|---|---|---|---|---|---|---|---|---|
| Gross Pay: | | 400.00 | Deductions: | | 77.33 | | Net Pay: | 322.67 |

Minute Men of Ohio  
JEFFERY SMITH  
**THANK YOU!!**

| | Hours | Amount | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | XXX-XX-9941 | EMPL-272300 | 103 / 1 | | W/E Dt: 4/21/2019 | 5934862 |
| | | | Fed'l W/H | .25.90 | | | | -----YTD----- |
| Regular Pay | 32.00 | 320.00 | Soc Sec | 19.84 | | | Gross | 4,147.50 |
| | | | Medicare | 4.64 | | | Fed W/H | 360.20 |
| | | | OH St W/H | 4.15 | | | Soc Sec | 257.14 |
| | | | 48790 - LWH | 4.00 | | | Medicare | 60.14 |
| | | | | | | | OH St W/H | 61.98 |
| | | | | | | | 48790 - LWH | 51.84 |
| | | | | | | | Nontaxable | 0.00 |
| | | | | | | | Taxable | 4,147.50 |
| 04/15/19 | 04/21/19 | | A.I. ROOT CANDLES | 32.00 | 10.00 | 320.00 | | |
| | | | | | | | YTD Hours: | 414.75 |
| Gross Pay: | | 320.00 | Deductions: | | 58.53 | | Net Pay: | 261.47 |