**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| JEFFREY L SMITH | ) | CASE NO. 19-51183 |
| | ) | |
| Debtor | ) | JUDGE ALAN M. KOSCHIK |
| | ) | |
| | ) | WELLS FARGO BANK, N.A. AS COLLATERAL AGENT FOR ACAR LEASING LTD. DBA GM FINANCIAL RELIEF FROM STAY AND ABANDONMENT WORKSHEET [EXHIBIT D] |

I. LOAN DATA

    A. IDENTIFICATION OF COLLATERAL (check all that apply):

        ☐ Real Estate
            ☐ Principal Residence of Debtor(s)
            ☐ Other

        ☒ Personal Property
           2017 Chevrolet Malibu VIN# 1G1ZE5ST8HF144670
        ☐ Other Property _____

    B. CURRENT VALUE OF COLLATERAL: $16,500.00

    C. SOURCE OF COLLATERAL VALUATION: N.A.D.A.

    D. ORIGINAL LENDER: Serpentini Chevrolet

    E. ENTITY ENTITLED TO ENFORCE THE NOTE: Wells Fargo Bank, N.A. as Collateral Agent for ACAR Leasing LTD. dba GM Financial

    F. CURRENT LOAN SERVICER: N/A

    G. DATE OF LOAN: November 6, 2017

    H. ORIGINAL PRINCIPAL AMOUNT DUE UNDER NOTE: $30,867.97

I. ORIGINAL INTEREST RATE ON NOTE: 0.00%

J. CURRENT INTEREST RATE: 0.00%

K. ORIGINAL MONTHLY PAYMENT AMOUNT (principal and interest only for mortgage loans): $271.26

L. CURRENT MONTHLY PAYMENT AMOUNT: $271.26

M. THE CURRENT MONTHLY PAYMENT AMOUNT LISTED ABOVE:

☐ Includes an escrow amount of $_____ for real estate taxes.
☐ Includes an escrow amount of $_____ for property insurance.
☐ Includes an escrow amount of $_____ for _____.
☒ Does not include any escrow amount.

N. DATE LAST PAYMENT RECEIVED: 04/01/2019

O. AMOUNT OF LAST PAYMENT RECEIVED: $271.26

P. AMOUNT HELD IN SUSPENSE ACCOUNT: N/A

Q. NUMBER OF PAYMENTS PAST DUE: 2

II. AMOUNT ALLEGED TO BE DUE AS OF THE DATE THE MOTION IS FILED

|   | Description of Charge | Total Amount of Charges | Number of Charges Incurred | Dates Charges Incurred |
|---|---|---|---|---|
| A. | PRINCIPAL | $18,588.44 | | |
| B. | INTEREST | $0.00 | | |
| C. | TAXES | $0.00 | | |
| D. | INSURANCE | $0.00 | | |
| E. | LATE FEES | $0.00 | | |
| F. | NON-SUFFICIENT FUNDS FEES | $0.00 | | |

| | | | | |
|---|---|---|---|---|
| G. | PAY-BY-PHONE FEES | $0.00 | | |
| H. | BROKER PRICE OPINIONS | $0.00 | | |
| I. | FORCE-PLACED INSURANCE | $0.00 | | |
| J. | PROPERTY INSPECTIONS | $0.00 | | |
| K. | OTHER CHARGES (describe in detail and state contractual basis for recovering the amount from the debtor) | $0.00 | | |

TOTAL DEBT: $ 18,588.44

LESS AMOUNT HELD IN SUSPENSE: $ N/A

TOTAL OF DEBT AS OF DATE MOTION IS FILED: $18,588.44 *
* This total cannot be relied upon as a payoff quotation.

This Exhibit and Worksheet was prepared by:

/s/ Edward A. Bailey
Reimer Law Co.
BY: Edward A. Bailey #0068073
BY: Richard J. LaCivita #0072368
BY: Cynthia A. Jeffrey #0062718
30455 Solon Road
Solon, Ohio 44139
Phone: 440-600-5500
Fax:   440-600-5522
Attorneys for Creditor
ebailey@reimerlaw.com