## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION - AKRON

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| Jeffrey L Smith | ) | CASE NO. 19-51183 |
| | ) | |
| Debtor | ) | JUDGE Alan M. Koschik |

**NOTICE OF MOTION FOR RELIEF FROM STAY AND ABANDONMENT**

PROPERTY: 2017 Chevrolet Malibu VIN# 1G1ZE5ST8HF144670

Wells Fargo Bank, N.A. as Collateral Agent for ACAR Leasing LTD. dba GM Financial, has filed papers with the Court for Relief from the Automatic Stay and Abandonment in this bankruptcy case.

**Your Rights May Be Affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant relief from the automatic stay, or if you want the Court to consider your views on the Motion, then on or before **July 31, 2019,** you or your attorney must:

File with the Court a brief written statement of reasons in opposition to the Motion, a list of authorities upon which respondent relies, and, if appropriate, copies of all documentary evidence which respondent intends to submit in opposition to the

Motion in addition to the Affidavits required or permitted by the Federal Rules of Civil Procedure, at:

>   Clerk of Courts
>   United States Bankruptcy Court
>   455 U.S. Courthouse
>   2 South Main Street
>   Akron, OH 44308

If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above. You must also mail a copy to:

>   Reimer Law Co.
>   30455 Solon Road, Solon, OH 44139
>   Edward A. Bailey, Esq.

Attend the hearing scheduled to be held on **August 7, 2019** at **10:00 a.m.** in courtroom 260 at 455 U.S. Courthouse, 2 South Main Street, Akron, OH, 44308.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an Order granting that relief.

Date: July 5, 2019

>   /s/ Edward A. Bailey
>   Reimer Law Co.
>   BY: Edward A. Bailey #0068073
>   BY: Richard J. LaCivita #0072368
>   BY: Cynthia A. Jeffrey #0062718
>   30455 Solon Road
>   Solon, Ohio 44139
>   Phone: 440-600-5500
>   Fax:   440-600-5522
>   Attorneys for Creditor
>   ebailey@reimerlaw.com

CERTIFICATE OF SERVICE

I certify that on July 5, 2019, a true and correct copy of the Notice Authorizing Abandonment and Relief from Stay was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

1. Office of the U.S. Trustee at (registered address)@usdoj.gov

2. Marc P Gertz on behalf of the Chapter 7 Trustee's office at mpgertz@dayketterer.com

3. Rebecca J. Sremack, Esq. on behalf of Jeffrey L Smith, Debtor, at rebecca@sremacklaw.com

And by regular U.S. mail, postage prepaid, to:

1. Jeffrey L Smith, Debtor
   700 N Broadway
   Medina, OH 44256-1725


/s/ Edward A. Bailey
Reimer Law Co.
BY: Edward A. Bailey #0068073
BY: Richard J. LaCivita #0072368
BY: Cynthia A. Jeffrey #0062718
30455 Solon Road
Solon, Ohio 44139
Phone: 440-600-5500
Fax:   440-600-5522
Attorneys for Creditor
ebailey@reimerlaw.com